[No. 58241-1-I. Division One. August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LICH QUOC PHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13691-6, Richard D. Eadie, J., entered May 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58403-1-I. Division One. August 6, 2007.]

PATRICIA L. SCARSELLA, *Appellant*, v. RYAN, SWANSON & CLEVELAND, PLLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-32742-1, James D. Cayce, J., entered June 7, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Cox, J.

[No. 58436-7-I. Division One. August 6, 2007.]

JACKIE LLINAS DEMPERE, *Appellant*, v. DUANE WEBER INSURANCE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-06704-9, William L. Downing, J., entered May 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58568-1-I. Division One. August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09880-1, Gregory P. Canova, J., entered June 26, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.